6

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

| **Official Use Only** | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |
| | | |

Case: 4:22-cv-10162
Judge: Leitman, Matthew F.
MJ: Stafford, Elizabeth A.
Filed: 01-06-2022 At 02:43 PM
PRIS LEVITON V. WARREN POLICE DEPARTMENT (DA)

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

| **Plaintiff's Information** | | | |
|---|---|---|---|
| Name Randall Richard Leviton | | Prisoner No. 854804 | |
| Place of Confinement Bellamy Creek correctional | | | |
| Street 1727 W Bluewater Hwy | City Ionia | State MI | Zip Code 48846 |
| Are there additional plaintiffs? ☐ Yes ☑ No | | | |

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide names, prisoner numbers and addresses for all plaintiffs.*

| **Defendant's Information** | | | |
|---|---|---|---|
| Name Warren Police Dept | | Position | |
| Street/P.O. Box | City Warren PD | State MI | Zip Code |
| Are you suing this defendant in his/her: ☐ Personal Capacity  ☐ Official Capacity  ☑ Both Capacities | | | |
| Are you suing more than one defendant? ☑ Yes  ☐ No | | | |

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

◻ Yes    ☑ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

2

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

About 2/16/20 In warren michigan, I was arrested, detained and held. Several officers tackled, slammed, choked me. Kicked snow in my face chile handcuffed so I couldnt breath. dragged me by handcuffs on me until scars remained, choked me until I passed out in stretcher broke a rib. I developed pnumonia and acute kidney damage from brutality and neglagence.

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

8th amendment right was violated when officers repeatedly slammed me on the ground once in handcuffs, again when in restraints and on the ground and repeatedly kicked snow in my face until I couldnt breath. these acts also constitute police brutality and extreme excessive force. again my 8th amendment right was violated when after placed on a stretcher restrained at all 4 corners to the stretcher an officer used two fingers to cut off my air supply until I passed out. the officers involved have left me with a rib thats healed so poor it hurts to bre) on, acute kidney damage, a fever of 106° after leaving me outside thats lead to long term effects such as vision loss, bells palsy, restricted hand movement, mental trauma, breathing problems.

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

Id like to be compensated for the mental and physical damages against me.

3

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on _1/3/22_____ (date).

_____
Signature of Plaintiff

4

Hello my name is Randall Leviton,
I've filed 2 suites now this one against Warren PD being the second. The first is Against MDOC. I did my best to fill the forms out the right way. I have 3 fingers amputated on my writing hand so its difficult and my injury from the police makes it difficult. I've tried and have had my attorney elisha Oakes from Macomb county subpoena the police Body camera footage from that day. Ironically there is none so they said. But in the report they completly lied. Several officers where involved and im waiting for all the evidence and Reports so I can give all the names and hopefully get footage. I have paper work from M.doc and multiple files and complaints if needed for either suite. Please let me know

thank you

Case 4:22-cv-10162-MFL-EAS   ECF No. 1, PageID.6   Filed 01/06/22   Page 6 of 6

Randall Leviton
1727 Bluewater Hwy
Ionia MI 48846

GRAND RAPIDS MI 493   US POSTAGE IMI PITNEY BOWES

7 JAN 2022 PM

ZIP 48846  $ 000.73⁰
02 4W
0000376849 JAN 06 2022

RECEIVED

JAN 13 2022

CLERK'S OFFICE
U.S. DISTRICT COURT

OFFice OF The Clerk   1/6/22

United States district court

231 W. Lafayette Blvd, Fifth floor

Detroit, MI 48226

22-10162

48226-279426