UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL RICHARD LEVITAN,

    Plaintiff,

v.

WARREN POLICE DEPARTMENT,

    Defendant.

Case No. 22-cv-10162
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                KINIKIA ESSIX
                CLERK OF COURT

      By:   s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 5, 2023
Detroit, Michigan